UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHUA BEJARANO,
Plaintiff,

v. CIVIL ACTION NO. 26-11211-MPK

DIGITAL FED CREDIT UNION,
Defendant.

ORDER FOR REASSIGNMENT AND RECOMMENDATION OF DISMISSAL
September 28, 2026

KELLEY, U.S.M.J.

On March 10, 2026, Joshua Bejarano, a Colorado resident who is representing himself, filed a complaint. *See* #1. Because Plaintiff did not pay the filing fee, this court issued a procedural order regarding resolution of the filing fee. *See* #4. Plaintiff subsequently filed several motions including an application to proceed in district court without prepaying fees or costs (also referred to as an application or motion for leave to proceed *in forma pauperis*). *See* ##6, 7, 11, 9.

On August 28, 2026, the Court issued a Memorandum and Order that denied the pending motions and directed Plaintiff to file a new motion for leave to proceed *in forma pauperis* and an amended complaint containing Plaintiff's signature. *See* #14. The Court advised Plaintiff that the complaint does not state sufficient factual allegations about the underlying dispute and the Defendant's role in the matter to state a claim. *Id.* The Court noted that Plaintiff has filed several similar actions in other federal courts, alleging that different companies have ignored his notices for payment of a $1 million lien. *See, e.g.*, *Bejarano v. Bluevine*, No. 2:26-CV-02736, 2026 WL 1961088 (D.N.J. 2026); *Bejarano v. Aragon Agency Inc.*, No. 26-CV-00666, 2026 WL

1683622 (D. Nev. 2026); *Bejarano v. Barclay*, No. 26-CV-3886 (GBD), 2026 WL 1866725 (S.D.N.Y. 2026). *Id.*

The Court directed Plaintiff to respond within twenty-eight (28) days and stated that failure to do so could result in dismissal of this action. *Id.* Plaintiff has not responded to the Court's Memorandum and Order and the time to do so has expired.

Accordingly, the Court ORDERS the Clerk to reassign this case to a District Judge and the Court RECOMMENDS to the District Judge that this action be dismissed without prejudice.

The parties are advised that any party who objects to this recommendation must file a specific written objection with the Clerk of this Court within fourteen days of service of the Report and Recommendation. The written objection must specifically identify the portion of the Report and Recommendation to which objection is made and the basis for such objection. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) shall preclude further appellate review. *See Keating v. Sec'y of Health & Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *U.S. v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweike*r, 702 F.2d 13, 14 (1st Cir. 1983); *U.S. v. Vega,* 678 F.2d 376, 378–79 (1st Cir. 1982); *Park Manor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

SO ORDERED.

/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge